In the Matter of Christian M. Welch, Appellant, v Amy E. Welch, Respondent. (And Another Related Proceeding.)

Submitted September 4, 2007; decided November 27, 2007

Reported below, 39 AD3d 910.

Motion for leave to appeal dismissed for failure to demonstrate timeliness as required by section 500.22 (b) (2) of the Rules of Practice of the Court of Appeals (22 NYCRR 500.22 [b] [2]).